# CRIMINAL CASE COVER SHEET

By: ☐ INDICTMENT ☐ SUPERSEDING Case Number: __23-140__
☑ INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)* DCLC1
☐ RULE 20

USA v. __ERIC S. SMITH__

☑ Felony ☐ Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
☐ Misdemeanor *(Not class A)* ☐ Petty Offense

☐ Defendant is being added to existing criminal case
☐ Charges/Counts Added

Immigration Cases
☐ Zone A ☐ Zone B

Name of Assigned AUSA: __MAC D. HEAVENER, III__

Matter Sealed: ☐ YES ☑ NO Place of Offense: __Washington Co. TN__

☐ Interpreter Required Language: _____

Issue: ☐ WARRANT ☐ SUMMONS ☐ WRIT (Motion to be filed)

Arresting Agency: ☐ DEA ☐ ATF ☐ USMS ☐ FBI ☑ Other: __VA-OIG Pack__

Current Trial Date (if any): _____ before Judge _____

☐ Criminal Complaint Filed Case Number: _____
☐ Defendant on Supervised Release Case Number: _____

Related Case/Attorney:
Case Number __2:23-CR-115, 2:23-CR-139__ Attorney __Corey Shipley, Eric Reach, Dennis E. Jones__
Reason for Related Case Determination __Coconspirators charged separately__

Defense Counsel (if any): __Thomas Bondurant__

☐ Federal Defender ☐ CJA ☑ Retained

Appointed by Target Letter Case Number: _____
Appointed in Pending Indictment Case Number: _____

CHARGES: Total # of Counts for this Defendant __1__

| Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|
| 18 U.S.C. § 371 | Conspire to Commit Bribery and Honest Services Fraud | Y | 1 | |
| | | | | |
| | | | | |

(Attach additional page, if needed)

Attorney Signature __Mac D. Heavener, III__